UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ESHAWN MAURICE HARRELL,

Plaintiff,

v.

FELICIA CARDENAS, et al.,

Defendants.

Case No. 25-cv-06659-NW

**ORDER DISMISSING MATTER WITHOUT PREJUDICE**

On December 11, 2025, this Court mailed Plaintiff Eshawn Maurice Harrell, a pro se state detainee, an order dismissing his Complaint with leave to amend. *See* ECF No. 8.  The order was returned to the Court as undeliverable because Harrell was no longer in custody on December 22, 2025. *See* ECF No. 9.

Pursuant to Northern District Civil Local Rule 3-11, a pro se party whose address changes while an action is pending must promptly file and serve upon all opposing parties a notice of change of address specifying the new address.  Civ. L.R. 3-11(a).  The Court may, without prejudice, dismiss a complaint when:  (1) mail directed to the *pro se* party by the court has been returned to the court as not deliverable, and (2) the court fails to receive within 60 days of this return a written communication from the pro se party indicating a current address.  Civ. L.R. 3-11(b); *see also Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988) (affirming dismissal of pro se prisoner's complaint for failing to notify court of his change of address).

More than 60 days have passed, and the Court has not received any communications from Harrell.  Accordingly, the matter is **DISMISSED WITHOUT PREJUDICE**.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 26, 2026

_____
Noël Wise
United States District Judge